UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FORREST NELSON SANDERS,

    Defendant.

Case: 4:24-cr-20228
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 05-01-2024
SEALED MATTER

FILED
MAY 01 2024
U.S. DISTRICT COURT
FLINT, MICHIGAN

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE
### 18 U.S.C. § 922(g)(1); Felon in Possession of a Firearm

On or about December 26, 2023, in the Eastern District of Michigan, FORREST NELSON SANDERS, knowing that he had been convicted of a crime or crimes punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Glock, model 17, 9 millimeter pistol, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO
### 18 U.S.C. § 922(g)(1); Felon in Possession of a Firearm

On or about April 22, 2024, in the Eastern District of Michigan, FORREST NELSON SANDERS, knowing that he had been convicted of a crime or crimes punishable by a term of imprisonment exceeding one year, knowingly possessed,



in and affecting commerce, a firearm, that is, a Century Arms, Draco, 7.62x39 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
18 U.S.C. §924(d); 28 U.S.C. §2461

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Indictment.

**THIS IS A TRUE BILL.**

Dated: May 1, 2024

s/GRAND JURY FOREPERSON
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/NANCY A. ABRAHAM
NANCY A. ABRHAM (P42060)
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
(810) 766-5177

s/ANTHONY P. VANCE
ANTHONY P. VANCE (P61148)
Assistant United States Attorney
Chief, Branch Offices

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 4:24-cr-20228<br>Judge: Behm, F. Kay<br>MJ: Ivy, Curtis |
|---|---|---|
| NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately | | Filed: 05-01-2024<br>SEALED MATTER (tt) |
| **Companion Case Information** | Compan | |
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | | |
| ☐Yes ☑No | **AUSA's Initials: NAA** | |

**Case Title:**   USA v. FORREST NELSON SANDERS

**County where offense occurred:**   Genesee

**Offense Type:**   Felony

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

May 1, 2024
Date

s/Nancy A. Abraham

Nancy A. Abraham
Assistant United States Attorney
600 Church Street
Flint, MI 48502
nancy.abraham@usdoj.gov
(810) 766-5177

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.